**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**AJG PACKAGING, LLC,**

   **Plaintiff,**

v.                   Case No: 6:23-cv-4-PGB-EJK

**JEUNESSE, LLC and JEUNESSE
GLOBAL HOLDINGS, LLC,**

   **Defendants.**
_____/

## ORDER

  This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed February 15, 2023. (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Jeunesse, LLC, and Jeunesse Global Holdings, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

  **DONE AND ORDERED** in Orlando, Florida on February 16, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties